ORIGINAL

| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* CR00-00062-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* CR-02-489 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sarah Rosario Oekerman<br>5545 High Street<br>Bay City, Oregon 97107 | Guam | |
| | NAME OF SENTENCING JUDGE<br>John S. Unpingco, Chief Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: July 27, 2001    TO: July 26, 2006 |

| OFFENSE |
|---|
| Bank Fraud, in violation of 18 U.S.C. § 1344. |

FILED
DISTRICT COURT OF GUAM
JUL 24 2006
MARY L.M. MORAN
CLERK OF COURT

Certified to be a true and correct copy of original filed in my office.
Dated _____
Donald M. Cinnamond, Clerk
By _____ Deputy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___Guam___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Oregon___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

OCT 28 2002
*Date*

HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___N/A___ DISTRICT OF ___Oregon___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED
OCT 25 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

14 November 2002
*Effective Date*

ANNA J. BROWN
*United States District Judge*